# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| Wells Fargo Bank, National Association, as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2007-4 | CIVIL ACTION NO: |
| **Plaintiff** | **COMPLAINT** |
| vs. | RE:<br>339 Goding Road, Lebanon, ME 04027 |
| Ronald Kinnison a/k/a Ronald Kinnison, II | Mortgage:<br>October 26, 2006<br>Book 15008, Page 488 |
| **Defendant**<br>Mortgage Electronic Registration Systems, Inc., as nominee for Home Loan Center Inc. DBA LendingTree Loans and Internal Revenue Service | |
| **Party-In-Interest** | |

NOW COMES the Plaintiff, Wells Fargo Bank, National Association, as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2007-4, by and through its attorneys, Doonan, Graves & Longoria, LLC, and hereby complains against the Defendant, Ronald Kinnison a/k/a Ronald Kinnison, II, as follows:

## JURISDICTION AND VENUE

1. This Court has jurisdiction over this action pursuant 28 U.S.C. § 1332(a)(1) (Diversity) because the Plaintiff and Defendant are citizens of different states and the matter in controversy exceeds the sum or value of seventy-five thousand and 00/100 ($75,000.00) dollars, exclusive of interest and costs. Any Court of the United States, upon the filing of an appropriate pleading, may declare the rights and other legal relations of any interested

party seeking such declaration, whether or not further relief is or could be sought under 28 U.S.C. § 2201.

2. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1) because the object of this litigation is a Note executed under seal currently owned and held by Wells Fargo Bank, National Association, as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2007-4, in which the Defendant, Ronald Kinnison a/k/a Ronald Kinnison, II, is the obligor and the total amount owed under the terms of the Note is One Hundred Sixty-Two Thousand Nine Hundred Seventy-Seven and 41/100 ($162,977.41) Dollars, plus attorney fees and costs associated with the instant action; thus, the amount in controversy exceeds the jurisdictional threshold of seventy-five thousand ($75,000.00) dollars.

3. Venue is properly exercised pursuant to 28 U.S.C. §1391(b)(2) insofar as all or a substantial portion of the events that give rise to the Plaintiff's claims transpired in Maine and the property is located in Maine.

## PARTIES

4. Wells Fargo Bank, National Association, as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2007-4 is a corporation with its principal place of business located at 101 North Phillips Ave., Sioux Falls, SD 57104.

5. The Defendant, Ronald Kinnison a/k/a Ronald Kinnison, II, is a resident of Lebanon, County of York and State of Maine.

6. The Party-in-Interest, Mortgage Electronic Registration Systems, Inc., as nominee for Home Loan Center Inc. DBA LendingTree Loans, is located at 1818 Library Street, Suite 300, Reston, VA 20190.

7. The Party-in-Interest, Internal Revenue Service, is located at c/o Office of the U.S. Attorney General, 100 Middle Street, East Tower, 6th Floor, Portland, ME 04101.

## FACTS

8. On June 8, 2004, by virtue of a Warranty Deed from Joyce K. C. Dales f/k/a Joyce K. Crosby, which is recorded in the York County Registry of Deeds in **Book 14116, Page 419**, the property situated at 339 Goding Road, County of York, and State of Maine, was conveyed to the Defendant, Ronald Kinnison a/k/a Ronald Kinnison, II, being more particularly described by the attached legal description. *See* Exhibit A (a true and correct copy of the legal description is attached hereto and incorporated herein).

9. On October 26, 2006, the Defendant, Ronald Kinnison a/k/a Ronald Kinnison, II, executed and delivered to Home Loan Center, Inc. DBA LendingTree Loans a certain Note in the amount of $176,000.00. *See* Exhibit B (a true and correct copy of the Note is attached hereto and incorporated herein).

10. To secure said Note, on October 26, 2006, the Defendant executed a Mortgage Deed in favor of Mortgage Electronic Registration Systems, Inc., as nominee for Home Loan Center, Inc., dba LendingTree Loans, securing the property located at 339 Goding Road, Lebanon, ME 04027 which Mortgage Deed is recorded in the York County Registry of Deeds in **Book 15008**, **Page 488**. *See* Exhibit C (a true and correct copy of the Mortgage is attached hereto and incorporated herein).

11. The Mortgage was then assigned to Wells Fargo Bank, National Association, as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2007-4 by virtue of an Assignment of Mortgage, dated August 10, 2016, and recorded in the York County Registry of Deeds in **Book 17295**, **Page 824**. *See* Exhibit D (a true and correct copy of the Assignment of Mortgage is attached hereto and incorporated herein).

12. The Mortgage was further assigned to Wells Fargo Bank, National Association, as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2007-4 by virtue of a Quitclaim Assignment, dated June 4, 2018, and recorded in the York County Registry of Deeds in **Book 17734**, **Page 143**. *See* Exhibit E (a true and correct copy of the Quitclaim Assignment is attached hereto and incorporated herein).

13. On June 10, 2019, the Defendant, Ronald Kinnison a/k/a Ronald Kinnison, II, was sent a Notice of Mortgagor's Right to Cure, as evidenced by the Certificate of Mailing (herein after referred to as the "Demand Letter"). *See* Exhibit F (a true and correct copy of the Demand Letter is attached hereto and incorporated herein).

14. The Demand Letter informed the Defendant, Ronald Kinnison a/k/a Ronald Kinnison, II, of the payment due date, the total amount necessary to cure the default, and the deadline by which the default must be cured, which was thirty-five (35) days from receipt of the Demand Letter. *See* Exhibit F.

15. The Defendant, Ronald Kinnison a/k/a Ronald Kinnison, II, failed to cure the default prior to the expiration of the Demand Letter.

16. The Plaintiff, Wells Fargo Bank, National Association, as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2007-4, is the present holder of the Note pursuant to endorsement by the previous holder (if applicable), payment of value and physical possession of the Note in conformity with 11 M.R.S. § 3-1201, et seq., 10 M.R.S. § 9416, and *Simansky v. Clark*, 147 A. 205, 128 Me. 280 (1929).

17. The Plaintiff, Wells Fargo Bank, National Association, as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2007-4, is the lawful holder and owner of the Note and Mortgage.

18. The Plaintiff, Wells Fargo Bank, National Association, as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2007-4, hereby certifies that all steps mandated by law to provide notice to the mortgagor pursuant to 14 M.R.S.A. § 6111 were strictly performed.

19. Mortgage Electronic Registration Systems, Inc., as nominee for Home Loan Center Inc. DBA LendingTree Loans is a Party-in-Interest pursuant to a Mortgage in the amount of $22,000.00, dated October 26, 2006, and recorded in the York County Registry of Deeds in **Book 15008**, **Page 504** and is in second position behind Plaintiff's Mortgage.

20. Internal Revenue Service is a Party-in-Interest pursuant to a Federal Tax Lien in the amount of $32,939.87, dated January 23, 2018, and recorded in the York County Registry of Deeds in **Book 17651**, **Page 154** and is in third position behind Plaintiff's Mortgage.

21. The total debt owed under the Note and Mortgage as of November 7, 2019 is One Hundred Sixty-Two Thousand Nine Hundred Seventy-Seven and 41/100 ($162,977.41) Dollars, which includes:

| Description | Amount |
| --- | --- |
| Principal Balance | $146,723.62 |
| Interest | $12,505.59 |
| Late Fees | $126.08 |
| Escrow Advance | $3,242.12 |
| Lender Paid Expenses | $380.00 |
| Grand Total | $162,977.41 |

22. Upon information and belief, the Defendant, Ronald Kinnison a/k/a Ronald Kinnison, II, is presently in possession of the subject property originally secured by the Mortgage.

## COUNT I – FORECLOSURE

23. The Plaintiff, Wells Fargo Bank, National Association, as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2007-4, repeats and re-alleges paragraphs 1 through 22 as if fully set forth herein.

24. This is an action for foreclosure respecting a real estate related Mortgage and title located at 339 Goding Road, Lebanon, County of York, and State of Maine.  *See* Exhibit A.

25. The Plaintiff, Wells Fargo Bank, National Association, as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2007-4, is the holder of the Note referenced in Paragraph 9 pursuant to endorsement by the previous holder (if applicable) and physical possession of the aforesaid Note in conformity with Title 11, section 3-1201, et seq. of the Maine Revised Statutes and *Simansky v. Clark*, 147 A. 205, 128 Me. 280 (1929). As such, Plaintiff, Wells Fargo Bank, National Association, as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2007-4, has the right to foreclosure upon the subject property.

26. The Plaintiff, Wells Fargo Bank, National Association, as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2007-4, is the current owner and investor of the aforesaid Mortgage and Note.

27. The Defendant, Ronald Kinnison a/k/a Ronald Kinnison, II, is presently in default on said Mortgage and Note, having failed to make the monthly payment due November 1, 2018, and all subsequent payments, and, therefore, has breached the condition of the aforesaid Mortgage and Note.

28. The total debt owed under the Note and Mortgage as of November 7, 2019 is One Hundred Sixty-Two Thousand Nine Hundred Seventy-Seven and 41/100 ($162,977.41) Dollars, which includes:

| Description | Amount |
|---|---|
| Principal Balance | $146,723.62 |
| Interest | $12,505.59 |
| Late Fees | $126.08 |
| Escrow Advance | $3,242.12 |
| Lender Paid Expenses | $380.00 |
| Grand Total | $162,977.41 |

29. The record established through the York County Registry of Deeds indicates that there are no public utility easements recorded subsequent to the Mortgage and prior to the commencement of these proceedings affecting the mortgaged premises at issue herein.

30. By virtue of the Defendant's breach of condition, the Plaintiff hereby demands a foreclosure on said real estate.

31. Notice in conformity with 14 M.R.S.A. §6111 was sent to the Defendant, Ronald Kinnison a/k/a Ronald Kinnison, II, on June 10, 2019, evidenced by the Certificate of Mailing. *See* Exhibit F.

32. The Defendant, Ronald Kinnison a/k/a Ronald Kinnison, II, is not in the Military as evidenced by the attached Exhibit G.

## COUNT II – BREACH OF NOTE

33. The Plaintiff, Wells Fargo Bank, National Association, as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2007-4, repeats and re-alleges paragraphs 1 through 32 as if fully set forth herein.

34. On October 26, 2006, the Defendant, Ronald Kinnison a/k/a Ronald Kinnison, II, executed and delivered to Home Loan Center, Inc. DBA LendingTree Loans a certain Note in the amount of $176,000.00. *See* Exhibit B.

35. The Defendant, Ronald Kinnison a/k/a Ronald Kinnison, II, is in default for failure to properly tender the November 1, 2018 payment and all subsequent payments. *See* Exhibit F.

36. The Plaintiff, Wells Fargo Bank, National Association, as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2007-4, is the proper holder of the Note and is entitled to enforce the terms and conditions of the Note due to its breach by the Defendant, Ronald Kinnison a/k/a Ronald Kinnison, II.

37. The Defendant, Ronald Kinnison a/k/a Ronald Kinnison, II, having failed to comply with the terms of the Note and Mortgage, is in breach of both the Note and the Mortgage.

38. The Defendant Ronald Kinnison a/k/a Ronald Kinnison, II's breach is knowing, willful, and continuing.

39. The Defendant Ronald Kinnison a/k/a Ronald Kinnison, II's breach has caused Plaintiff Wells Fargo Bank, National Association, as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2007-4 to suffer actual damages, including, but not limited to money lent, interest, expectancy damages, as well as attorney's fees and costs.

40. The total debt owed under the Note and Mortgage as of November 7, 2019, if no payments are made, is One Hundred Sixty-Two Thousand Nine Hundred Seventy-Seven and 41/100 ($162,977.41) Dollars, which includes:

| Description | Amount |
| --- | --- |
| Principal Balance | $146,723.62 |
| Interest | $12,505.59 |
| Late Fees | $126.08 |
| Escrow Advance | $3,242.12 |
| Lender Paid Expenses | $380.00 |
| Grand Total | $162,977.41 |

41. Injustice can only be avoided by awarding damages for the total amount owed under the Note including interest, plus costs and expenses, including attorney fees.

## COUNT III – BREACH OF CONTRACT, MONEY HAD AND RECEIVED

42. The Plaintiff, Wells Fargo Bank, National Association, as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2007-4, repeats and re-alleges paragraphs 1 through 41 as if fully set forth herein.

43. By executing, under seal, and delivering the Note, the Defendant, Ronald Kinnison a/k/a Ronald Kinnison, II, entered into a written contract with Home Loan Center, Inc. DBA LendingTree Loans who agreed to loan the amount of $176,000.00 to the Defendant. *See* Exhibit B.

44. As part of this contract and transaction, the Defendant, Ronald Kinnison a/k/a Ronald Kinnison, II, executed the Mortgage to secure the Note and the subject property. *See* Exhibit C.

45. The Plaintiff, Wells Fargo Bank, National Association, as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2007-4, is the proper holder of the Note and successor-in-interest to Home Loan Center, Inc. DBA LendingTree Loans, and has performed its obligations under the Note and Mortgage.

46. The Defendant, Ronald Kinnison a/k/a Ronald Kinnison, II, breached the terms of the Note and Mortgage by failing to properly tender the November 1, 2018 payment and all subsequent payments. *See* Exhibit F.

47. The Plaintiff, Wells Fargo Bank, National Association, as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2007-4, is the proper holder of the Note, and is entitled to enforce the terms and conditions of the Note due to its breach by the Defendant, Ronald Kinnison a/k/a Ronald Kinnison, II.

48. The Defendant, Ronald Kinnison a/k/a Ronald Kinnison, II, having failed to comply with the terms of the Note and Mortgage, is in breach of contract.

49. The Defendant, Ronald Kinnison a/k/a Ronald Kinnison, II, is indebted to Wells Fargo Bank, National Association, as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2007-4 in the sum of One Hundred Sixty-Two Thousand Nine Hundred Seventy-Seven and 41/100 ($162,977.41) Dollars, for money lent by the Plaintiff, Wells Fargo Bank, National Association, as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2007-4, to the Defendant.

50. Defendant Ronald Kinnison a/k/a Ronald Kinnison, II's breach is knowing, willful, and continuing.

51. Defendant Ronald Kinnison a/k/a Ronald Kinnison, II's breach has caused Plaintiff, Wells Fargo Bank, National Association, as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2007-4, to suffer actual damages, including, but not limited to money lent, interest, expectancy damages, as well as attorney's fees and costs.

52. The total debt owed under the Note and Mortgage as of November 7, 2019, if no payments are made, is One Hundred Sixty-Two Thousand Nine Hundred Seventy-Seven and 41/100 ($162,977.41) Dollars, which includes:

| Description | Amount |
|---|---|
| Principal Balance | $146,723.62 |
| Interest | $12,505.59 |
| Late Fees | $126.08 |
| Escrow Advance | $3,242.12 |
| Lender Paid Expenses | $380.00 |
| Grand Total | $162,977.41 |

53. Injustice can only be avoided by awarding damages for the total amount owed under the Note and Mortgage, and for money had and received, including interest, plus costs and expenses, including attorney fees.

## COUNT IV – *QUANTUM MERUIT*

54. The Plaintiff, Wells Fargo Bank, National Association, as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2007-4, repeats and re-alleges paragraphs 1 through 53 as if fully set forth herein.

55. Home Loan Center, Inc. DBA LendingTree Loans, predecessor-in-interest to Wells Fargo Bank, National Association, as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2007-4, loaned Defendant, Ronald Kinnison a/k/a Ronald Kinnison, II, $176,000.00. *See* Exhibit B.

56. The Defendant, Ronald Kinnison a/k/a Ronald Kinnison, II, is in default for failure to properly tender the November 1, 2018 payment and all subsequent payments. *See* Exhibit F.

57. As a result of the Defendant Ronald Kinnison a/k/a Ronald Kinnison, II's failure to perform under the terms of their obligation, the Defendant, should be required to compensate the Plaintiff, Wells Fargo Bank, National Association, as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2007-4.

58. As such, the Plaintiff, Wells Fargo Bank, National Association, as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2007-4, is entitled to relief under the doctrine of *quantum meruit*.

## COUNT V – UNJUST ENRICHMENT

59. The Plaintiff, Wells Fargo Bank, National Association, as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2007-4, repeats and re-alleges paragraphs 1 through 58 as if fully set forth herein.

60. Home Loan Center, Inc. DBA LendingTree Loans, predecessor-in-interest to Wells Fargo Bank, National Association, as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2007-4, loaned the Defendant, Ronald Kinnison a/k/a Ronald Kinnison, II, $176,000.00.  *See* Exhibit B.

61. The Defendant, Ronald Kinnison a/k/a Ronald Kinnison, II, has failed to repay the loan obligation.

62. As a result, the Defendant, Ronald Kinnison a/k/a Ronald Kinnison, II, has been unjustly enriched to the detriment of the Plaintiff, Wells Fargo Bank, National Association, as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2007-4 as successor-in-interest to Home Loan Center, Inc. DBA LendingTree Loans by having received the aforesaid benefits and money and not repaying said benefits and money.

63. As such, the Plaintiff, Wells Fargo Bank, National Association, as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2007-4, is entitled to relief.

## PRAYERS FOR RELIEF

WHEREFORE, the Plaintiff, Wells Fargo Bank, National Association, as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2007-4, prays this Honorable Court:

a) Issue a judgment of foreclosure in conformity with Title 14 § 6322;

b) Grant possession to the Plaintiff, Wells Fargo Bank, National Association, as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2007-4, upon the expiration of the period of redemption;

c) Find that the Defendant, Ronald Kinnison a/k/a Ronald Kinnison, II, is in breach of the Note by failing to make payment due as of November 1, 2018, and all subsequent payments;

d) Find that the Defendant, Ronald Kinnison a/k/a Ronald Kinnison, II, is in breach of the Mortgage by failing to make payment due as of November 1, 2018, and all subsequent payments;

e) Find that the Defendant, Ronald Kinnison a/k/a Ronald Kinnison, II, entered into a contract for a sum certain in exchange for a security interest in the subject property;

f) Find that the Defendant, Ronald Kinnison a/k/a Ronald Kinnison, II, is in breach of contract by failing to comply with the terms and conditions of the Note and Mortgage by failing to make the payment due November 1, 2018 and all subsequent payments;

g) Find that the Plaintiff, Wells Fargo Bank, National Association, as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2007-4, is entitled to enforce the terms and conditions of the Note and Mortgage;

h) Find that by virtue of the money retained by the Defendant, Ronald Kinnison a/k/a Ronald Kinnison, II has been unjustly enriched at the Plaintiff's expense;

i) Find that such unjust enrichment entitles the Plaintiff, Wells Fargo Bank, National Association, as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2007-4, to restitution;

j) Find that the Defendant, Ronald Kinnison a/k/a Ronald Kinnison, II, is liable to the Plaintiff, Wells Fargo Bank, National Association, as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2007-4, for money had and received;

k) Find that the Defendant, Ronald Kinnison a/k/a Ronald Kinnison, II, is liable to the Plaintiff for *quantum meruit*;

l) Find that the Defendant, Ronald Kinnison a/k/a Ronald Kinnison, II, has appreciated and retained the benefit of the Mortgage and the subject property;

m) Find that it would be inequitable for the Defendant, Ronald Kinnison a/k/a Ronald Kinnison, II, to continue to appreciate and retain the benefit of the Mortgage, Note and subject property without recompensing the appropriate value;

n) Find that the Plaintiff, Wells Fargo Bank, National Association, as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2007-4, is entitled to restitution for this benefit from the Defendant, Ronald Kinnison a/k/a Ronald Kinnison, II;

o) Determine the amount due on said Mortgage and Note, including principal, interest, reasonable attorney's fees and court costs;

p) Additionally, issue a money judgment against the Defendant, Ronald Kinnison a/k/a Ronald Kinnison, II, and in favor of the Plaintiff, Wells Fargo Bank, National Association, as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2007-4, in the amount of One Hundred Sixty-Two Thousand Nine Hundred Seventy-Seven and 41/100 ($162,977.41 Dollars, the total debt owed under the Note plus interest and costs including attorney's fees and costs;

q) For such other and further relief as this Honorable Court deems just and equitable.

Respectfully Submitted,
Wells Fargo Bank, National Association, as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2007-4,
By its attorneys,

Dated: November 8, 2019

/s/ John A. Doonan, Esq.
John A. Doonan, Esq., Bar No. 3250
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 225D
Beverly, MA 01915
(978) 921-2670
JAD@dgandl.com
RJL@dgandl.com