# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| WELLS FARGO BANK NATIONAL ASSOCIATION AS TRUSTEE FOR LEHMAN MORTGAGE TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2007-4,<br><br>Plaintiff,<br><br>v.<br><br>RONALD KINNISON<br>a/k/a RONALD KINNISON, II,<br><br>Defendant,<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR HOME LOAN CENTER INC., d/b/a LENDINGTREE LOANS, INTERNAL REVENUE SERVICE, and MAINE REVENUE SERVICES,<br><br>Parties-in-Interest. | Docket No. 2:19-cv-00517-NT<br><br>Re: 339 Goding Road, Lebanon, ME<br>York County<br><br>Mortgage: October 26, 2006<br>York County Registry of Deeds<br>Book 15008, Page 488 |

## JUDGMENT OF FORECLOSURE AND SALE

**Title to Real Estate Involved**
Address: 339 Goding Road, Lebanon, ME 04027
Mortgage: Book 15008, Page 488 in the York County Registry of Deeds

This matter came before the Court for a testimonial hearing on the Plaintiff's Motion for Default Judgment on August 9, 2023 (ECF No. 92). In a separate Order, I granted that motion and, pursuant to the Plaintiff's request, dismissed Counts II–V of the Amended Complaint. Order on Pl.'s Mot. for Default J. (ECF No. 96). Judgment on Count I – Foreclosure and Sale is hereby **ENTERED** as follows:

1.     If the Defendant or his heirs or assigns pay Wells Fargo Bank, National Association, as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2007-4 ("**Wells Fargo**") the amount adjudged due and owing ($234,562.94) within 90 days of the date of the Judgment, as that time period is calculated in accordance with 14 M.R.S. § 6322, Wells Fargo shall forthwith discharge the Mortgage and file a dismissal of this action on the ECF Docket. The following is a breakdown of the amount due and owing:

| Description | Amount |
|---|---|
| Principal Balance | $146,723.62 |
| Interest | $54,635.70 |
| Escrow Advance | $20,702.86 |
| Corporate Advance Balance | $12,500.76 |
| Grand Total | $234,562.94 |

2.     If the Defendant or his heirs or assigns do not pay Wells Fargo the amount adjudged due and owing ($234,562.94) within 90 days of the judgment, as that time period is calculated in accordance with 14 M.R.S. § 6322, his remaining rights to possession of the Lebanon property shall terminate, and Wells Fargo shall conduct a public sale of the Lebanon property in accordance with 14 M.R.S. § 6323, disbursing the proceeds first to itself in the amount of $234,562.94 after deducting the expenses of the sale, with any surplus to be disbursed pursuant to Paragraph 6 of this Judgment, and in accordance with 14 M.R.S. § 6324. Wells Fargo may not seek a deficiency judgment against the Defendant pursuant to the Plaintiff's waiver of deficiency at the hearing.

3.     In the event that the Defendant, and anyone occupying the premises, do not vacate the property upon termination of his right to possession, Wells Fargo may

reopen this matter to seek a writ of assistance and/or writ of possession to be served by the U.S. Marshals Service pursuant to Federal Rule of Civil Procedure 4.1(a) consistent with this Judgment.

    4.    Pursuant to 14 M.R.S. § 2401(3)(F), the Clerk, if requested, shall sign a certification after the appeal period has expired, certifying that the applicable period has expired without action or that the final judgment has been entered following appeal.

    5.    The amount due and owing is $234,562.94.

    6.    The priority of interests is as follows:

- Wells Fargo Bank, National Association, as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2007-4 has first priority, in the amount of $234,562.94, pursuant to the subject Note and Mortgage.

- Mortgage Electronic Registration Systems, Inc., as nominee for Home Loan Center Inc. DBA LendingTree Loans has not appeared and has been defaulted, so any interest it held pursuant to the mortgage in the amount of $22,000 dated October 26, 2006 and recorded in the York County Registry of Deeds in Book 15008, Page 504, is foreclosed. If the Plaintiff failed to join any other lienholder of the $22,000 mortgage, any interest held by the omitted lienholder is not foreclosed and remains on the property.

- Internal Revenue Service has the next priority behind the Plaintiff pursuant to a federal tax lien in the amount of $32,939.87 dated

> January 23, 2018 and recorded January 29, 2018 in the York County Registry of Deeds in Book 17651, Page 154.
>
> - Maine Revenue Services has the next priority behind the Plaintiff pursuant to a state tax lien in the amount of $10,577.61 dated December 1, 2019 and recorded on December 9, 2019 in the York County Registry of Deeds in Book 18117, Page 74.
>
> - Ronald Kinnison, a/k/a Ronald Kinnison, II, has the next priority behind the Plaintiff.

7. The prejudgment interest rate is 7.75%, *see* 14 M.R.S. § 1602-B, and the post-judgment interest rate is 10.73%, *see* 14 M.R.S. § 1602-C.[1]

8. The following information is included in this Judgment pursuant to 14 M.R.S. § 2401(3):

|  | PARTIES | COUNSEL |
|---|---|---|
| PLAINTIFF | Wells Fargo Bank, National Association, as Trustee for Lehman Mortgage Trust Mortgage Pass-Through Certificates, Series 2007-4<br>101 North Phillips Ave.<br>Sioux Falls, SD 57104 | John A. Doonan, Esq.<br>Doonan, Graves & Longoria, LLC<br>100 Cummings Center<br>Suite 303C<br>Beverly, MA 01915 |

---

[1] Under Maine law, the post-judgment interest rate in an action involving a note is either the rate provided in the note or "the one-year United States Treasury bill rate plus 6%"—"whichever is greater." 14 M.R.S. § 1602-C. " '[O]ne-year United States Treasury bill rate' means the weekly average one-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the last full week of the calendar year immediately prior to the year in which post-judgment interest begins to accrue." 14 M.R.S. § 1602-C(B)(1). Here, post-judgment interest will begin to accrue in 2023, and the rate for the last full week of 2022 is 4.73%. 4.73% plus 6% is 10.73%, which is greater than the 7.75% called for in the Note, so I used 10.73% for the post-judgment interest rate.

4

| | | |
|---|---|---|
| DEFENDANT | Ronald Kinnison a/k/a Ronald Kinnison, II<br>339 Goding Road<br>Lebanon, ME 04027 | |
| PARTY-IN-INTEREST | Mortgage Electronic Registration Systems, Inc., as nominee for Home Loan Center Inc. DBA LendingTree Loans<br>1818 Library Street<br>Suite 300<br>Reston, VA 20190 | |
| PARTY-IN-INTEREST | Internal Revenue Service<br>c/o Office of the<br>U.S. Attorney General,<br>100 Middle Street<br>East Tower, 6th Floor<br>Portland, ME 04101 | John G. Osborn, Esq.<br>Office of the U.S. Attorney General,<br>100 Middle Street,<br>East Tower, 6th Floor<br>Portland, ME 04101 |
| PARTY-IN-INTEREST | Maine Revenue Services<br>c/o Office of the Maine Attorney General<br>6 State House Station<br>Augusta, ME 04333 | Kaitlyn M. Husar, Esq.<br>Office of the Maine Attorney General<br>6 State House Station<br>Augusta, ME 04333 |

a. The docket number of this case is No. 2:19-cv-00517-NT.

b. All parties to these proceedings received notice of the proceedings in accordance with the applicable provisions of the Federal Rules of Civil Procedure.

c. A description of the real estate involved, 339 Goding Road, Lebanon, Maine 04027, is set forth in Exhibit A to the Judgment herein.

d. The street address of the real estate involved is 339 Goding Road, Lebanon, Maine 04027. The Mortgage was executed by the Defendant,

5

    Ronald Kinnison a/k/a Ronald Kinnison, II, on October 26, 2006. The book and page number of the Mortgage in the York County Registry of Deeds is Book 15008, Page 488.

e. This judgment shall not create any personal liability on the part of the Defendant but shall act solely as an in rem judgment against the property, 339 Goding Road, Lebanon, Maine 04027.

SO ORDERED.

                                                    /s/ Nancy Torresen
                                                    United States District Judge

Dated this 6th day of September, 2023.

Order Number:

Borrower's Name: KINNISON

### Exhibit A

A CERTAIN LOT OR PARCEL OF LAND TOGETHER WITH ANY IMPROVEMENTS THEREON, SITUATED IN THE TOWN OF LEBANON, COUNTY OF YORK AND STATE OF MAINE, ON THE EASTERLY SIDE OF GODING ROAD, DESCRIBED AS FOLLOWS:

BEING LOT 2 ON A PLAN ENTITLED "GODING NORTH A SUBDIVISION BY FREDERICK A. & HETTIE S. SHOLLER" DATED 7 APRIL 1993 AND RECORDED IN THE YORK COUNTY REGISTRY OF DEEDS IN PLAN BOOK 213 PAGE 6, REFERENCE TO WHICH IS MADE FOR A MORE PARTICULAR DESCRIPTION.